UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
LEE MENDELSON FILM PRODUCTIONS, INC.,   :        26cv4192 (DLC)
                                        :
                     Plaintiff,         :             ORDER
          -v-                           :
                                        :
MADCOW, LLC, et al.,                    :
                                        :
                     Defendants.        :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

     This action was filed on May 20, 2026 against defendants
Madcow, LLC ("Madcow") and John Does 1-10.  Madcow was served on
May 21 and its deadline to answer the complaint was June 11.
Madcow has not appeared in this action.  Accordingly, it is
hereby

     ORDERED that the plaintiff shall, no later than **June 22,
2026,** file any motion for default judgment against Madcow.
Counsel shall review this Court's Individual Practices in Civil
Cases regarding default judgment submissions, including the
requirement to obtain a certificate of default from the Clerk
of Court for each defaulting defendant.

     IT IS FURTHER ORDERED that the plaintiff shall serve this
Order, the motion for default judgment papers, and a copy of the
Court's Individual Practices on Madcow, and shall file proof of
such service on ECF on or before **June 26, 2026.**

     IT IS FURTHER ORDERED that a default judgment hearing will

be held on **July 10, 2026** at **3:00 p.m.** in Courtroom 18B, 500

Pearl Street, New York, New York.  Failure of Madcow to appear

will result in a default or a default judgment.

Dated:    New York, New York
          June 15, 2026

_____
            DENISE COTE
United States District Judge