UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEE MENDELSON FILM PRODUCTIONS, INC., Plaintiff, -v- MADCOW, LLC, Defendant. | : | 26cv4192 (DLC) ORDER |

DENISE COTE, District Judge:

On July 31, 2026, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **August 21, 2026.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **August 21, 2026.** Defendant's reply, if any, shall be filed by **September 4.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for August 19, 2026 is adjourned sine die.

Dated: New York, New York
August 3, 2026

DENISE COTE
United States District Judge