UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE MENDELSON FILM PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>MADCOW, LLC D/B/A GAMEMILL ENTERTAINMENT,<br><br>Defendant. | Case No.: 1:26-cv-04192 |

**NOTICE OF DEFENDANT GAMEMILL ENTERTAINMENT'S PARTIAL MOTION TO DISMISS (COUNTS II & III)**

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law dated September 11, 2026, Defendant MadCow LLC d/b/a GameMill Entertainment hereby moves this Court for an Order dismissing Counts II and III of the Amended Complaint in the above-captioned case, ECF No. 29, together with such other and further relief as the Court deems just and proper

DATED: September 11, 2026

By: */s/ Jeremy S. Goldman*

Jeremy S. Goldman
2029 Century Park East
Los Angeles, CA 90067
(310) 579 9600
jgoldman@fkks.com

Caren Decter
Joshua M. Goldman
28 Liberty Street
New York, New York 10005
(212) 980-0120
cdecter@fkks.com
jmgoldman@fkks.com

*Attorneys for MadCow LLC d/b/a GameMill Entertainment*