Case 1:26-cv-04192-DLC Document 41 Filed 09/04/26 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-4192-DLC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Nicolas-Denis Robitaille was received by me on *(date)* 15, september 2026 .

☑ I personally served the summons on the individual at *(place)* 6825, 3ème avenue, Québec, QC G1H 6H7 on *(date)* 17, september 2026 at 12:55 p.m ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ 228,86$C for travel and $ 210,00$C for services, for a total of $ ~~0.00~~ 438,86$C .

I declare under penalty of perjury that this information is true.

Date: 18, september 2026

[signature]
*Server's signature*

WAFA OUESLATI
*Printed name and title*

WAFA OUESLATI CHJQ 1131 HUISSIER DE JUSTICE

2-44, rue du Ramoneur, Lévis, QC G6V 7S8
*Server's address*

Additional information regarding attempted service, etc:

Affirmé solennellement devant moi, à Lévis,
ville, village ou municipalité
ce 2026-09-18
date du jour
Lonaine Coulibaly 243972
Signature du commissaire à l'assermentation Lonaine Coulibaly

Print | Save As... | Reset