UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LEE MENDELSON FILM PRODUCTIONS, INC., Plaintiff, -v- MADCOW, LLC, et al., Defendants. | : | 26cv4192 (DLC) ORDER |

DENISE COTE, District Judge:

It having been reported to this Court that the parties have reached a settlement in principle, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 7, 2026**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated: New York, New York
November 6, 2026

DENISE COTE
United States District Judge